UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SCHAARON MARTIN,                                     Case No. 14-CV-4462 (PJS/SER)

      Plaintiff,

v.                                                                                    ORDER

MINNEAPOLIS SCHOOL DIST. #1;
STATE OF MINNESOTA; CITY OF
MINNEAPOLIS; and MDE,

      Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. This action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Plaintiff Schaaron Martin's application to proceed *in forma pauperis* [ECF No. 2] be DENIED AS MOOT.

3. Martin's motion to hear the case as an emergency [ECF No. 3] be DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  December 30, 2014                       s/Patrick J. Schiltz
                                                                           Patrick J. Schiltz
                                                                           U.S. District Judge